# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Friedman, Daniel M | U.S. Court of Appeals, Fed. Ci | 04/25/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2005<br>to<br>12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 717 Madison Pl., N.W.<br>Washington, D.C. 20439 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Daniel M | 04/25/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Utah IP Conference | February 16-19, 2005 (Transportation, meals, registration and lodging paid directly by Utah State Bar) |
| 2. Federal Circuit Bar Association | June 22, - 25, 2005 (Transportation, meals, registration and lodging paid direclty by FCBA) |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Daniel M | 04/25/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Daniel M | 04/25/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | A | Dividend | J | T | | | | | |
| 2. Riggs Bank Money Market Fund | C | Interest | L | T | | | | | |
| 3. GTE (Stock) * See VIII | A | Dividend | J | T | Distribute | 2005 | J | | ▆▆▆▆ |
| 4. Jefferson Pilot (Stock) *See VIII | B | Dividend | J | T | Distribute | 2005 | J | | ▆▆▆▆ |
| 5. The One Group Tax Free Money Market Fund ** See VIII | B | Dividend | L | T | Distribute | 2005 | L | | ▆▆▆▆ |
| 6. Mutual Municipal Bond Fund ** See VIII | A | Interest | L | T | Distribute | 1/12 | L | | ▆▆▆▆ |
| 7. Bell South (Stock) | A | Dividend | K | T | | | | | |
| 8. SBC Communications (Stock) | B | Dividend | K | T | | | | | |
| 9. Riggs Bank Money Market | C | Interest | M | T | | | | | |
| 10. Smith Barney Money Market ** See VIII | C | Dividend | M | T | Distribute | 1/12 | M | | |
| 11. Royal Dutch Petr. (Stock) * | A | Dividend | J | T | Distribute | 3/28 | J | | |
| 12. Edgartown Nat'l Bank, Edgartown, MA | A | Interest | J | T | | | | | |
| 13. Bristol Myers Squibb (Stock) * See VIII | A | Dividend | J | T | Distribute | 3/28 | J | | ▆▆▆▆ |
| 14. Lucent Technologies (Stock) | | | J | T | | | | | |
| 15. Vanguard European Stock Index Fund | A | Dividend | J | T | | | | | |
| 16. Vanguard Value Index Fund Investor Shares | A | Dividend | J | T | | | | | |
| 17. Vodafone Air Touch | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Daniel M | 04/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Verizon (Stock) | A | Dividend | K | T | | | | | |
| 19. Pfizer (Stock) | B | Dividend | M | T | | | | | |
| 20. Sun Trust Bank (Money Market) ** | A | Interest | M | T | Distribute | 1/10 | M | | ▇▇▇▇ |
| 21. Quest Communications (Stock) | | | J | T | | | | | |
| 22. Fed. Home Loan Bank (Bonds) * | F | Interest | O | T | Distribute | 2005 | O | | ▇▇▇▇ |
| 23. Progress Energy (Stock) | B | Dividend | K | T | | | | | |
| 24. Ffth Third BanCorp (Stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The asterisked items shown as "distribute" on lines 3, 4, 11, 12, and 22 of section VII were all owned by my wife, who died June 1, 2002. I am her personal representative. Under her will her property was to be divided equally among her ███████████. All of the asterisked items were distributed to her ███████ in 2005; for three of them I do not have the exact dates, but it was in 2005. The funds marked with a double asterisk also were distributed in 2005. One quarter of the amount in each fund was distributed to each ██████ Like the stocks and bonds which were distributed in kind, I do not have the exact dates in 2005 that all the cash distributions were made. The administration of the estate has not yet been completed, and distribution to the ███████ of the remaining items is expected to be made in 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _April 27, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544